**FILED**
Apr 12, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court
### Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **Cory Lee Plummer** | **DOCKET NUMBER: 6:23-MJ-00003-HBK** |

I, **Justin B. Fey,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Cory Lee Plummer** did or was:

**Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Uses language, an utterance, or gesture, or engages in a display or act that is obscene, physically threatening or menacing, or done in a manner that is likely to inflict injury or incite an immediate breach of the peace in violation of Title 36 Code of Federal Regulations § 2.34(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. I have been a commissioned Law Enforcement Officer with the National Park Service since 2009. I am a Supervisory Park Ranger, Use of Force Instructor, Standardized Field Sobriety Instructor, and the Field Training Lead for Yosemite National Park. I regularly investigate, detain and arrest suspects for disorderly conduct and being under the influence to a degree they may be a danger to themselves, others, property or natural resources. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On April 12th 2023 at approximately 1214 Yosemite Emergency Communications Center (ECC) received a 911 call reporting an individual being inappropriately touched by a male who was currently in Huff Housing. The inappropriate touching was described a grinding on her and later as touching her buttocks and genitals over her clothing. The male was described as wearing red

| | |
|---|---|
| Speedy Trial Act Applies: **No** | U.S. v. Plummer<br>Criminal Complaint |

plaid and a LA Lakers hat. The male was described as being very drunk and aggressive when confronted about the touching. The victim was staying inside a friend's cabin in Huff Housing. The victim was uninjured but traumatized.

Huff Housing is a concession employee residential area located in Yosemite Valley, in Curry Village. It includes many soft sided tents and hard sided cabins as shared housing units for Aramark employees.

The 911 report included friends of the victim and community members chasing the male to his residence, Huff 260, where he was now inside. Yosemite ECC reported the incident to me and U.S. Park Ranger Sean Fitzgerald.

Yosemite ECC received a non-emergent call from the Aramark dispatch or "PBX" reporting a "drunk and disorderly" incident within the Huff Housing area.

Yosemite ECC advised me the male in Huff 260 had now exited his residence and was threatening to stab individuals in Huff Housing with a pen he was holding in his hand.

Aramark Night Housing personnel arrived in Huff Housing and witnessed several individuals holding down a male later identified as Cory Lee PLUMMER. PLUMMER had one male sitting on his lower back and one male sitting on his legs.

Officer Sean Fitzgerald arrived on scene at approximately 1240 and placed PLUMMER in handcuffs while he was still on the ground.

I arrived on scene at approximately 1253. From approximately 60 feet away I could hear PLUMMER yelling and calling the two males racial slurs.

I observed a small crowd approximately 20-30 feet away from PLUMMER, who was in handcuffs, lying chest down on the ground, with two males sitting on his lower back and legs to restrain PLUMMER.

While introducing myself and advising PLUMMER why we were there I could hear him slurring his speech and I could smell the strong distinct odor of alcoholic beverages coming directly from his person. PLUMMER's eyes were glossy and red. PLUMMER's clothing was torn, wet and dirty. PLUMMER was wearing shorts and only had one shoe on.

Probable cause existed PLUMMER was under the influence to a degree he may be a danger to himself, others, property and natural resources. I conducted a search incident to arrest of PLUMMER's person and located a black pen in his right pants pocket. I seized the black pen as evidence. The pen was imprinted with the following:

Speedy Trial Act Applies: **No**

U.S. v. Plummer
Criminal Complaint

CORYSWORK777@ICLOUD.COM
209-347-2033

When asked if he knew where he was PLUMMER advised, "Yosemite Lodge".
When asked what day of the week it was PLUMMER advised, "4/10, 4/11, 4/11, 4/11"
When asked if he remembered what happened before PLUMMER advised he was pulled from his from his room by people who said he was touching someone.
When asked who the Vice President was PLUMMER advised, "Joe Biden".

Officer Fitzgerald completed witness interviews and gathered witness information for additional follow up.

Witnesses described PLUMMER exited his cabin after being chased inside. PLUMMER entered a shared kitchen area where he was asked to leave due to his misconduct. PLUMMER then engaged in a display or act that was physically threatening, menacing, and done in a manner that was likely to inflict injury or incite an immediate breach of the peace by threatening to stab them with a pen which he removed from his pocket. PLUMMER was described as holding the pen in his hand in a closed grip at waist level, with the tip of the pen pointed towards the others in the kitchen. PLUMMER fled the kitchen area after the occupants advised they were calling the rangers and Aramark housing personnel. PLUMMER ran up and down Southside Drive before running back to Curry Village near the Wellness Center. PLUMMER was confronted by residents of Huff Housing outside the Wellness Center. PLUMMER was tackled to the ground by witnesses who physically restrained him until law enforcement arrived approximately 10 minutes later.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

04/12/2023
Date

Ranger: (Justin Fey)
Law Enforcement Park Ranger
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this __12th__ day of (  April, 2023).

Speedy Trial Act Applies: **No**

U.S. v. Plummer
Criminal Complaint

4/12/2023 1:30 pm

Date

*[signature: Helena M. Barch-Kuchta]*

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE